JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | NO. CV 14-0555-JGB (JEM)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 27, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE